IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CLARENCE WESLEY HURT, III,   3:14-cv-00633-MA

        Plaintiff,   ORDER

v.

STATE OF OREGON, et al.,

        Defendants.

MARSH, Judge

On May 1, 2014, I dismissed plaintiff's complaint for failure to state a claim. In light of this dismissal, plaintiff's requests for injunctive relief (#8 & #12) are DENIED on the basis that plaintiff has not demonstrated a likelihood of success on the merits, or that there are serious questions going to the merits of his claims.

Additionally, plaintiff's request that jail officials be ordered to recognize him as a "Pro Se Attorney," and permit his wife unfettered visitation as his legal secretary (#7) is DENIED. Plaintiff is advised that he may proceed *pro se* in this proceeding,

1 - ORDER

and may move the court to address any unconstitutional obstructions placed upon his access to the court.

IT IS SO ORDERED.

DATED this **5** day of May, 2014.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge